Victoria E. Brieant
California Bar No. 141519
Law Office of Victoria E. Brieant
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Tel.: 305-421-7200 / Fax: 786-228-4015
Email: Victoria@brieantlaw.com

Attorneys for Plaintiffs and Counterclaim-Defendants
Alfred Frank Menconi and Debra Lynne Menconi

[ADDITIONAL SIGNATURES AT END]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Frank Menconi and Debra Lynne Menconi, Individuals,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Mirage Group Consultants, Inc., a Florida corporation,<br><br>　　　　　Defendant. | CASE NO.: 2:16-cv-6352 PA (KSx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Mirage Group Consultants, Inc., a Florida corporation,<br><br>　　　　　Counterclaimant,<br>v.<br><br>Debra Lynne Menconi, an Individual,<br><br>　　　　　Counterclaim-Defendants. | |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Alfred Frank Menconi and plaintiff / counterclaim-defendant Debra Lynne

Menconi and defendant / counterclaimant Mirage Group Consultants, Inc. hereby stipulate as follows:

1. Alfred F. Menconi's and Debra L. Menconi's claims against Mirage Group Consultants, Inc. are dismissed with prejudice.

2. Mirage Group Consultants, Inc.'s claim against Debra Lynne Menconi is dismissed with prejudice.

3. Each party shall bear their/its own attorneys' fees and costs.

Counsel for Mirage Group Consultants, Inc. has authorized counsel for Alfred F. Menconi and Debra L. Menconi to file this stipulation on their behalf.

Dated: August 7, 2017.  Respectfully submitted,

By: /s/ Victoria E. Brieant
Victoria E. Brieant
California Bar No. 141519
Law Office of Victoria E. Brieant
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Tel.: 305-421-7200 / Fax: 786-228-4015
Email: Victoria@brieantlaw.com

Attorneys for Plaintiffs
Alfred Frank Menconi and
Debra Lynne Menconi

Dated: August 7, 2017.  By: /s/ Thomas P. Davis
California Bar No. 70599
DAVIS LAW APC
580 Broadway, Suite 204
Laguna Beach, CA 92651
Tel: 949-376-2828/Fax: 949-376-3875
Email: tpd@tpdavislaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2017, I will electronically file the foregoing the foregoing JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will then send a Notification of Filing (NEF) to all counsel of record at the addresses below:

Thomas P. Davis at tpd@davislaw.com; and

Nicole C. Toft at nt@davislaw.com.

By: /s/ Victoria E. Brieant